STATE OF NEBRASKA, APPELLEE, v. JAMES HENRY
MATHEWS, JR., APPELLANT.

196 N. W. 2d 162

Filed March 31, 1972. No. 38226.

Clayton H. Shrout of Shrout, Lindquist, Caporale, Brodkey & Nestle, for appellant.

Clarence A. H. Meyer, Attorney General, and Chauncey C. Sheldon, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

SPENCER, J.

Defendant, James Henry Mathews, Jr., is appealing from a sentence of not less than 4 nor more than 7 years in the Nebraska Penal and Correctional Complex on a conviction for manslaughter.

The only question presented is the excessiveness of the sentence. We have reviewed the record and the presentence report and conclude that a sentence of not less than 4 nor more than 7 years, which is well within the statutory range for manslaughter, is not excessive.

Judgment affirmed.

AFFIRMED.